UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>     v.<br><br>LAVONNE M. LAL,<br><br>                Respondent. | CASE NO. 3:16-mc-05025 BHS JRC<br><br>REPORT AND RECOMMENDATION ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), petitioned this Court for a judicial enforcement of an IRS summons issued against respondent, Lavonne M. Lal. *See* Dkt. 1, Exh. 1; 26 U.S.C. §§ 7402(b) and 7604(a). The District Court entered an order on September 8, 2016, directing respondent to show cause as to why the IRS summons should not be judicially enforced. Dkt. 3. The District Court also referred this action to United States Magistrate Judge J. Richard Creatura for the purpose of reviewing the IRS petition and any objections filed by respondent, scheduling and conducting an

evidentiary hearing, if necessary, and determining whether there are valid defenses to enforcement of the IRS summons. *Id.*

By the terms of the District Court's Order, respondent had two weeks from the date the Order was served on him to file a statement of objections and supporting affidavits. Dkt.3. The District Court's Order further provides "[f]ailure to file a timely statement of objections will result in enforcement of the summons without any further pleadings." Dkt. 3. p. 3. Respondent was properly served with a copy of the Petition and the District Court's Order in this case on September 24, 2016. Dkt. 4. As a result, respondent had until October 11, 2016 to file a statement detailing any objections to enforcement of the IRS summons accompanied by an affidavit, giving the facts on which the objections are based. As of October 25, 2016, respondent has failed to file objections to the Petition to Enforce the IRS Summons. Accordingly, the undersigned recommends the entry of an Order of Enforcement of Summons.

The clerk is directed to send a copy of this report and recommendation by certified mail and first class mail to the respondent.

Dated this 26th day of October, 2016.

_____

J. Richard Creatura
United States Magistrate Judge