UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Petitioner,

    v.

LAVONNE M. LAL,

                Respondent.

No. MC16-5025 BHS

ORDER OF ENFORCEMENT
OF SUMMONSES

WHEREAS, the Court having issued an Order of Reference and directing the respondent to show cause why the Internal Revenue Service summonses served in this case should not be enforced, and the respondent having been served with such order,

WHEREAS, as of October 25, 2016, respondent has failed to file objections to the petition to enforce the IRS summons, and

WHEREAS, no cause having been shown as to why the respondent should not be compelled to testify and produce the records demanded in the two Internal Revenue Service summonses served on the respondent on October 2, 2016,

WHEREFORE, IT IS ORDERED that the respondent shall appear before investigating Revenue Officer Hegi, or any other proper agent, officer, or employee of the

ORDER OF ENFORCEMENT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Internal Revenue Service, not later than twenty (20) workdays following the entry of this order to testify and produce records as demanded in such summonses.

IT IS FURTHER ORDERED that if the respondent fails to comply with this order, the respondent can be held in contempt of Court and be subject to imprisonment, fine or both.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order by certified mail and first-class mail to the respondent, Lavonne M. Lal, 11312 NW 31st Avenue, Vancouver, Washington 98685-3569, to the United States Attorney, and to the United States Magistrate Judge to whom this matter is assigned.

DATED this 26th day of October, 2016.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Aditi Paranjpye
ADITI PARANJPYE
CABA #302117/NYBA #4925418
Assistant United States Attorney

ORDER OF ENFORCEMENT - 2