UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>    v.<br><br>LAVONNE M. LAL,<br><br>                Respondent. | CASE NO. 3:16-mc-5025 BHS-JRC<br><br>ORDER GRANTING ISSUANCE OF BENCH WARRANT FOR RESPONDENT LAVONNE M. LAL FOR CONTEMPT OF COURT |

      THIS MATTER comes before the Court on Petitioner United States of America's Motion for Issuance of Bench Warrant for Respondent Lavonne Lal for Contempt of Court (Dkt. 19). Petitioner's motion is supported by the Declaration of Vincent Byford, Deputy United States Marshal (Dkt. 20).

      Petitioner originally completed service in accordance with 26 U.S.C. §7603 by leaving an attested copy of the summons in an envelope attached to the front door of Respondent's residence (Dkt. 1-1). Petitioner failed to respond.

1    This Court issued an Order of Enforcement of Summons on October 26, 2016 (Dkt. 6)
2    that was mailed by certified mail and signed for by Respondent's 17-year-old son, CL (Dkt. 7).
3    The Respondent again failed to appear and comply with the Order.
4    On January 9, 2017, the Court ordered Respondent to show cause why she should not be
5    held in contempt of court (Dkt. 9). The order directed the U.S. Marshal to serve a copy of the
6    order and the underlying petition on Respondent (*id.*). The show cause hearing was continued
7    twice while the U.S. Marshal's Office attempted service on Respondent at her last known
8    residence (Dkt. 13, 18).
9    Petitioner United States has provided the declaration of U.S. Marshal Byford in support
10   of the belief that Respondent is evading service (Dkt. 20).
11   It is hereby ORDERED that a Deputy Court Clerk issue a bench warrant for
12   Respondent's immediate arrest pursuant to 28 U.S.C. 7604(b).
13   Dated this 5th day of July, 2017.

J. Richard Creatura
United States Magistrate Judge